**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed December 17, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00668-CV

**SHELLY R. ROWLANDS, Appellant**

**V.**

**BRADLEY J. HARTZOG AND TOMBALL FOREST EXPRESS, LLC, Appellees**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-82895**

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 30, 2020. On December 10, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.